RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE  6/10/11
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALBINS JEANS BAPTISTE | : | DOCKET NO. 11-104 |
| VS. | : | JUDGE TRIMBLE |
| ERIC H. HOLDER, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition be **DENIED** and the complaint in this matter be **DISMISSED as MOOT**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10th day of June, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE